UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMANTHA JAMES,

    Plaintiff,

v.

Case No. 19-cv-12040
Honorable Linda V. Parker

CREDIT ACCEPTANCE
CORPORATION,

    Defendant.
_____/

## ORDER COMPELLING ARBITRATION AND ADMINISTRATIVELY CLOSING CASE

Plaintiff Samantha Jones filed her Complaint against Defendant Credit Acceptance Corporation on July 10, 2019. (ECF No. 1.)

This Court reviewed the joint statement regarding the status of the case filed by Plaintiff and Defendant (collectively "Parties") on September 20, 2019. (ECF No. 10.) According to the joint statement, the Parties agree to arbitrate and to submit their respective claims and counterclaims to non-judicial arbitration. (ECF No. 10 at Pg. ID 26.) The Parties further agree to arbitrate through the American Arbitration Association ("AAA"). (*Id.*) Subpoenas may be sought via the process delineated by the AAA.

Accordingly,

**IT IS ORDERED** that the Parties shall engage in arbitration under the conditions and procedures set out in rules established by the AAA for governing such disputes.

**IT IS FURTHER ORDERED** that the Parties must notify the Court when arbitration has been completed.

**IT IS FURTHER ORDERED** that the clerk shall **ADMINISTRATIVELY CLOSE** the case, pending the outcome of the arbitration.

**IT IS FURTHER ORDERED** that any party thereafter may move to reopen the case to enforce, confirm, or vacate the arbitration award, as permitted by law, and seek judgment thereon.

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: September 24, 2019